DANIEL T. O'BRIEN, as Administrator of the Estate of ANN COOTE, Appellant, *v.* THE WILLIAMSBURG SAVINGS BANK et al., Respondents.

*Coote* v. *Coote*, 92 App. Div. 613, appeal dismissed.
(Argued April 10, 1905; decided April 18, 1905.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 15, 1904, affirming a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

The motion was made upon the ground that no appeal lay to the Court of Appeals as matter of right from the judgment appealed from, and permission to appeal had not been granted.

*George Tompkins* for motion.

*Daniel T. O'Brien* opposed.

Motion granted and appeal dismissed, with costs of appeal, but without costs of motion.

---

EDMUND C. VIEMEISTER, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

(Submitted April 10, 1905; decided April 18, 1905.)

Motion to reopen and reinstate granted on payment of thirty dollars costs within five days. (See 181 N. Y. 526.)